SCHWEID et al., Respondents, v. STOR-ANDT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 15, 1913.) Action by Bernard A. Schweid and another against Carl W. Storandt. No opinion. Motion for reargument (of 138 N. Y. Supp. 1141) denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

SEALY v. FOOTE. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Thomas Sealy against Clarence Foote. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 151 App. Div. 935, 135 N. Y. Supp. 1142.

SEAMAN, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Richard F. B. Seaman against Fitzhugh Smith and others.

PER CURIAM. Motion denied, on condition that the printed papers be served and filed on or before January 20, 1913, and that the appellant place the cause on the calendar for the 27th of January, 1913, and be ready for argument when reached; otherwise, motion granted with $10 costs. See, also, 137 App. Div. 895, 121 N. Y. Supp. 1147.

SEIBERT v. ERIE R. CO. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Victor Seibert against the Erie Railroad Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

KRUSE, J., dissents, upon the ground that if there was a sudden, violent collision, caused by the engine coming against the car, and the men in charge of the engine knew that the car was being loaded, as can be found from the evidence, a prima facie case was made out, although the loaders knew that an engine was liable to come for the car.

SEVERSON, Com'r, etc., v. MACOMBER. (Supreme Court, Appellate Division, Third Department. January 8, 1913.) Action by John S. Severson, as Commissioner of Charities of the City of Binghamton, against Henry M. Macomber. No opinion. Motion granted. See, also, 138 N. Y. Supp. 250.

SHANAHAN, Respondent, v. FELTMAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by John J. Shanahan against Charles L. Feltman. No opinion. Appeal dismissed, without costs.

SHARRON, Appellant, v. McCALL CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Albert Sharron against the McCall Company. No opinion. Order affirmed, with $10 costs and disbursements.

SHAW v. SHAW et al. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Gertrude L. Shaw against William Barrett Shaw and another.

PER CURIAM. Motion for leave to appeal to the Court of Appeals denied. As already indicated, the remedy of the corespondent, in the first instance, is to move to open the interlocutory judgment, and the final judgment, if one has been entered. See, also, 138 N. Y. Supp. 999, 1142.

SHEEHAN, Respondent, v. SOMERVILLE, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by James A. Sheehan against Edward L. Somerville. No opinion. Judgment affirmed by default, with costs.

SIDWAY, Respondent, v. SIDWAY, Appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1913.) Action by Mary S. Sidway against Harold S. Sidway. No opinion. Reargument (of 152 App. Div. 932, 137 N. Y. Supp. 1143) ordered, and case set down for Monday, March 10, 1913.

SIGNER, Appellant, v. SIGNER, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Sarah Signer against Frederick G. Signer.

PER CURIAM. Order affirmed, without costs, with leave to plaintiff to renew motion, after making demand of payment and refusal of defendant to pay.

KELLOGG, J., dissents.

SILBERMAN, Appellant, v. SCHER, Respondent. (Appeal No. 1) (Supreme Court, Appellate Division, Second Department. December 6, 1912.). Action by Ida Silberman against Louis Scher.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion for stay pending appeal granted, upon plaintiff's furnishing security, duly approved by a justice of the Supreme Court, for the payment of the fund on deposit to the defendant on affirmance. See Silberman v. Scher, 138 N. Y. Supp. 1002, decided herewith. See, also, 139 N. Y. Supp. 1144. .

SILBERMAN, Appellant, v. SCHER, Respondent. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Ida Silberman against Louis Scher. No opinion. Motions denied, with $10 costs in each motion. See, also, 139 N. Y. Supp. 1144.